IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **KRIS ALLFREY,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | CIV. ACT. NO. 1:22-cv-499-TFM-N |
| ) | |
| **FAIRHOPE MOTORCOACH RESORT** ) | |
| **CONDOMINIUM OWNERS'** ) | |
| **ASSOCIATION, INC.,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered this same date, it is **ORDERED, ADJUDGED, and DECREED** that Plaintiffs' federal claims (Counts I and II) are **DISMISSED with prejudice** and Plaintiff's state law claims (Counts III, IV, V, and VI) are **DISMISSED without prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 25th day of July, 2023.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE